IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 05–cr–0000547–EWN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. JOHN CHOI,
      aka Suck Choi,
      aka Sherman John Chan,
      aka Stephen John Lee,

      Defendant.

## ORDER AND NOTICE OF SETTINGS

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

      This matter is set for a three-day trial to a jury of 12, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **September 11, 2006**, in Courtroom A1001 of the Alfred A. Arraj United States Courthouse.  Therefore, it is

      **ORDERED** that the deadline for filing all motions is July 28, 2006.  All responses shall be filed by August 4, 2006.  It is further

      **ORDERED** that a change of plea hearing is scheduled to commence at **3:15 o'clock p.m.** on Friday, **August 18, 2006**.  **(Please note the time has been changed from the time previously set.)**  The deadline for submitting the plea agreement and statement of facts relevant

to sentencing and the statement by defendant in advance of plea of guilty is Wednesday, <u>August 16, 2006</u>

Dated: July 10, 2006